**EXHIBIT A**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director

**Registration Number**

## TXu 2-181-140

**Effective Date of Registration:**
February 23, 2020
**Registration Decision Date:**
February 25, 2020

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

### Title

    **Title of Work:**    A Zine Called Mike: Revision Sent

### Completion/Publication

    **Year of Completion:**    2014

### Author

- **Author:** Aimee Condayan
  **Author Created:** Novel
  **Citizen of:** United States

### Copyright Claimant

    **Copyright Claimant:**    Aimee Condayan
    4009 Kennedy St, Hyattsville, MD, 20781, United States

### Rights and Permissions

    **Name:**    Aimee Condayan
    **Email:**    aimee.condayan@gmail.com

### Certification

    **Name:**    Aimee Condayan, Author/Owner
    **Date:**    February 23, 2020

---

    **Correspondence:**    Yes