**EXHIBIT B**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## TXu 2-181-076

**Effective Date of Registration:**
February 23, 2020
**Registration Decision Date:**
February 25, 2020

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

### Title
  **Title of Work:** A Zine Called Mike: First Draft Sent

### Completion/Publication
  **Year of Completion:** 2014

### Author
- **Author:** Aimee Condayan
  **Author Created:** Novel
  **Citizen of:** United States

### Copyright Claimant
  **Copyright Claimant:** Aimee Condayan
  4009 Kennedy St, Hyattsville, MD, 20781, United States

### Rights and Permissions
  **Name:** Aimee Condayan
  **Email:** aimee.condayan@gmail.com
  **Telephone:** (703)282-2940

### Certification
  **Name:** Aimee Condayan, Author/Owner
  **Date:** February 23, 2020