**EXHIBIT D**

### Fwd: A Zine Called Mike; a YA novel

From: **Aimee Condayan** <aimee.condayan@gmail.com>
Date: Mon, Jan 20, 2014 at 3:09 PM
Subject: Re: A Zine Called Mike; a YA novel
To: Sarah LaPolla <sarah@bradfordlit.com>

Hi, Sarah,

Sure thing! I've attached it. Thanks so much! I have now stopped tinkering, but I do admit that I have done some very minor dialogue tinkering with the first chapters, but can easily revert to the draft you have read if need be. I should mention that the first thirty pages are out with another agent as of this past Thursday, but not on an exclusive basis. Let me know if you need anything else.

Cheers,
Aimee Condayan
703-282-2940

[Quoted text hidden]


--
Aimee C.

**AZineCalledMike.doc**
534K