**EXHIBIT E**

## Fwd: A Zine Called Mike; a YA novel

---------- Forwarded message ---------
From: **Sarah LaPolla** <sarah@bradfordlit.com>
Date: Mon, Jan 20, 2014 at 4:23 PM
Subject: Re: A Zine Called Mike; a YA novel
To: Aimee Condayan <aimee.condayan@gmail.com>


Thanks, AImee! I look forward to reading it. I hope to have an answer for you within 4 weeks. Please let me know if you receive an offer of representation from another agent before then.

Best,
Sarah

**Sarah LaPolla**
**Literary Agent**
**Bradford Literary Agency**
sarah@bradfordlit.com


[Quoted text hidden]


--
Aimee C.