**EXHIBIT F**

# Fwd: A Zine Called Mike; a YA novel

From: **Sarah LaPolla** <sarah@bradfordlit.com>
Date: Thu, Mar 6, 2014 at 4:26 PM
Subject: Re: A Zine Called Mike; a YA novel
To: Aimee Condayan <aimee.condayan@gmail.com>


Dear Aimee,

Thanks so much for your patience with me in getting back to you on this. As I mentioned in my original response, I really like the voice here and I love the concept. However, I found I had a harder time getting into the story itself. For me, this novel begins when Beth Ann finds the mixtapes. I felt like it took me a little too long to get to that point, and I think the backstory of Mr. Vitale's significance could be woven into the story so that both are being presented to the reader simultaneously. With that said, I will have to pass. However, I'd be happy to see a revision with a focus on pacing and plot development, should you choose to do so.

Thanks again for the chance to consider your work, and I wish you the best of luck with this project.

Sarah


**Sarah LaPolla**
**Literary Agent**
**Bradford Literary Agency**
sarah@bradfordlit.com


[Quoted text hidden]


--
Aimee C.