**EXHIBIT G**

**Fwd: A Zine Called Mike; a YA novel**

---------- Forwarded message ---------
From: **Sarah LaPolla** <sarah@bradfordlit.com>
Date: Wed, Jun 18, 2014 at 2:36 PM
Subject: Re: A Zine Called Mike; a YA novel
To: Aimee Condayan <aimee.condayan@gmail.com>

Hi Aimee,

Thanks so much for checking in! No worries on the timeline. I definitely prefer your best work over your quickest! Looking forward to taking another look at this once it's finished.

Hope you're enjoying your summer so far.

Best,
Sarah

**Sarah LaPolla**
**Literary Agent**
**Bradford Literary Agency**
**sarah@bradfordlit.com**

On Tue, Jun 17, 2014 at 1:20 PM, Aimee Condayan <aimee.condayan@gmail.com> wrote:
Hi Sarah,

I realize that your willingness to read a revision is not a true "R&R" request, but I wanted to check in and say that I am diligently revising my manuscript and that I do plan to resubmit to you. I hope to have this completed very soon. I have two young kids and a full-time job, so it's taking me a while. But I'd rather take longer and be sure I've done well than send you some half-baked revision for sure!

Anyway, thank you again for reading my previous version and providing feedback. I hope you will enjoy the revision.

Cheers,
Aimee Condayan
aimee.condayan@gmail.com
Twitter: @sallybelle75
[Quoted text hidden]