**EXHIBIT I**

**Fwd: A Zine Called Mike, RESUBMISSION**

From: **Sarah LaPolla** <sarah@bradfordlit.com>
Date: Fri, Feb 6, 2015 at 3:36 PM
Subject: Re: A Zine Called Mike, RESUBMISSION
To: Aimee Condayan <aimee.condayan@gmail.com>


Hi Aimee,

Thanks so much for sharing your revision with me. I am still such a fan of this premise, and really like your writing. However, I'm still having trouble connecting to this story overall. Admittedly, part of this is the setting. I think YA set in the '90s is becoming something of a trend right now, but it's not a trend I'm particularly drawn to unless there's a very good reason for a non-contemporary setting. Unfortunately, I wasn't drawn in enough to this story to make an exception. I'm sorry I will have to pass on this, but please keep in mind this is a completely subjective opinion. I hope you find success with another agent, and I wish you all the best in your writing career.

Best,
Sarah


**Sarah LaPolla**
**Literary Agent**
**Bradford Literary Agency**
sarah@bradfordlit.com