UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AIMEE CONDAYAN, an individual,<br><br>     Plaintiff,<br><br>    -against-<br><br>JENNIFER MATHIEU, an individual; ROARING BROOK PRESS, a New York corporation; HOLTZBRINCK PUBLISHING HOLDINGS LIMITED PARTNERSHIP, a German company; MACMILLAN PUBLISHERS, a New York company; SARAH LAPOLLA, an individual; and DOES 1 to 50, inclusive,<br><br>     Defendants, | **ORDER**<br><br>20 Civ. 5596 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

   It is hereby ORDERED that the conference previously scheduled for November 19, 2020 at 10:30 a.m. is adjourned sine die.

   It is further ORDERED that the following briefing schedule will apply to Defendants' motions to dismiss:

1. Defendants' motions are due by **December 10, 2020**;
2. Plaintiff's opposition papers are due by **January 7, 2021**; and
3. Defendants' replies, if any, are due by **January 14, 2021**.

   It is further ORDERED that the parties are to provide this Court with the following: (1) the manuscript of A Zine Called Mike ("Zine") that Plaintiff sent to Defendant LaPolla on January 20, 2014 (see Cmplt. (Dkt. No. 1) ¶ 20); (2) the revised version of the Zine

manuscript that Plaintiff sent to LaPolla on December 9, 2014 (id. ¶ 25); (3) a copy of the allegedly infringing work, Moxie (id. ¶¶ 38, 40).

Dated:  New York, New York
       November 11, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge