UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AIMEE CONDAYAN, an individual,

               Plaintiff,

- against -

JENNIFER MATHIEU, an individual, ROARING BROOK PRESS, a New York corporation, MACMILLAN PUBLISHERS, a New York company, SARAH LAPOLLA, an individual, BRADFORD LITERARY AGENCY, INC., HOLTZBRINCK PUBLISHING HOLDINGS LIMITED PARTNERSHIP, a German Company, and DOES 1 to 50,

               Defendants.

**ORDER**

20 Civ. 5596 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On December 9, 2020, this Court "so ordered" Plaintiff's notice of voluntary dismissal concerning two copyright claims against Defendant Sarah LaPolla. (Dkt. No. 42) Plaintiff's remaining claims against Defendant LaPolla were not affected by the Court's order and she remains a defendant in this case. Accordingly, the Clerk of Court is directed to reinstate LaPolla as a defendant.

Dated: New York, New York
       December 14, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge